**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00921-JLK

ZACHARY STILLMUNKES,

        Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,

        Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Voluntary Dismissal with Prejudice (Doc. 8) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney fees and costs.


BY THE COURT:


Dated: August 13, 2015       ***s/John L. Kane***
                                  SENIOR U.S. DISTRICT JUDGE